**Dismissed and Opinion Filed January 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01263-CV

### IN RE ARTURO SOLIS, Relator

**Original Proceeding from the 52nd District Court**
**Coryell County, Texas[1]**
**Trial Court Cause No. C10-11-40751**

## MEMORANDUM OPINION
Before Justices Lang, Brown, and Stoddart
Opinion by Justice Stoddart

Relator was declared a vexatious litigant on June 27, 2013 and is subject to a pre-filing order prohibiting relator from filing "any new litigation in a court of this State without first obtaining permission from a local administrative judge pursuant to Tex. Civ. Prac. & Rem. Code § 11.102." *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.102(a)(1), 11.103(a) (West Supp. 2016). Before the Court is relator's "Motion to Direct Trial Court to Institute Contempt of Court Proceedings Against District Clerk and to Appoint District Clerk Pro-Tem to Cause" ("Contempt Motion").

By letter dated November 3, 2017, we notified relator that the Court had reviewed the Contempt Motion, determined that it constitutes a new litigation, and docketed it as cause

---

[1] Pursuant to Tex. Gov't Code § 73.001, the Supreme Court of Texas transferred all currently pending and future motions, writs of mandamus, and new proceedings arising from trial court cause number C10-11-40751 from the Court of Appeals for the Tenth District, Waco, Texas, to this Court. *See* TEX. SUP. CT. ORDER, Misc. Docket No. 17–9134 (Oct. 24, 2017).

number 05-17-01263-CV. We instructed relator to file, by November 13, 2017, an order signed by the local administrative judge giving relator permission to file the Contempt Motion. We informed relator that failure to provide the requested documentation by November 13, 2017 would result in dismissal of the proceeding without further notice.

In response to the Court's November 3, 2017 letter, relator filed a letter dated November 10, 2017 and asked the Court to transfer the Contempt Motion to cause number 05-17-01143-CV. We denied the motion to transfer and, by order dated December 5, 2017, we ordered relator to file, by December 19, 2017, an order signed by the local administrative judge giving relator permission to file the Contempt Motion. We informed relator in the order that failure to provide the requested documentation by December 19, 2017 would result in dismissal of this proceeding without further notice.

To date, relator has not provided this Court with a written order from the local administrative judge giving relator permission to file the Contempt Motion. Accordingly, we dismiss this proceeding. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.102(a), 11.103 (West Supp. 2016) (a person who has been declared a vexatious litigant must seek and obtain permission to file a new litigation).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

171263F.P05

–2–